## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Stephanie A. Bell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10669-DRH |
| *Jennifer Brown, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10259-DRH |
| *Charli Buckle, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11280-DRH |
| *Michelle Campos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13128-DRH |
| *Robin Cooper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11144-DRH |
| *Kenya Duncan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12512-DRH |
| *Andrea Escobar v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11479-DRH |
| *Telisha Evans v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12175-DRH |
| *Suzanne Faust v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12259-DRH |
| *Nicole Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13472-DRH |
| *Anna Gates v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12169-DRH |

| | |
|---|---|
| *Deborah Gray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11759-DRH |
| *Karen Greenleaf v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13148-DRH |
| *Ashley Hancock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10340-DRH |
| *Krista Hoose v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10926-DRH |
| *Alison Hoyt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11488-DRH |
| *Regina Jennette, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10667-DRH |
| *Kellie Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10256-DRH |
| *Mary Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11221-DRH |
| *Tina Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11746-DRH |
| *Jennifer Johnson-Thomas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10708-DRH |
| *Loretta Kelly-Messano v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12284-DRH |
| *Sandra Lappen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12427-DRH |
| *Gina Layne v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12148-DRH |
| *Tina Morris, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10465-DRH |

*Roxanne Roberts, et al. v. Bayer*          No. 10-cv-13145-DRH
*HealthCare Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the

purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the

Stipulations of Dismissal filed on and February 26, 2014, the above captioned

cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
Deputy Clerk

**Dated:**  March 5, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.05
14:20:11 -06'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**

3